THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:21-cv-00155-KDB-DCK

JAHVON T. McDOWELL,

Plaintiff,

vs.

THE CITY OF MOORESVILLE,

Defendant.

**DEFENDANT'S
MOTION TO SEAL**

Defendant Town of Mooresville (the "Town"), which is named in the caption as "The City of Mooresville," respectfully moves the Court pursuant to Rule 5.2 of the Federal Rules of Civil Procedure and LCvR 6.1, for leave to file under seal unredacted copies of Exhibits 1-5 to the Town's Motion for Summary Judgment (Doc. No. 16), which contain twenty (20) exhibits (collectively, the "Exhibits") that each appear to be part of the Plaintiff's "personnel file" under N.C. Gen. Stat. § 160A-168(a), and are therefore arguably considered to be confidential under N.C. Gen. Stat. § 160A-168(c).

Pursuant to Local Rule 6.1, the Court has express authority to seal materials contained in the record. In support of a motion to seal, a party must demonstrate "the necessity and propriety" of sealing the documents at issue. *Hall v. United Air Lines, Inc.*, 296 F. Supp. 2d 652, 680 (E.D.N.C. 2003).

The Town respectfully requests that the following twenty (20) exhibits to Exhibits 1-5 filed in support of the Town's Motion For Summary Judgment be placed under seal:

1. Exhibit 1: Declaration of Chief Ron Campurciani

   - Exhibit E: Plaintiff's Waiver Letter

- Exhibit F: Plaintiff's Captain Application

- Exhibit G: Plaintiff's Sergeant Application

- Exhibit H: Administrative Investigation Report of Assistant Chief Cooke

- Exhibit I: Notice of Proposed Disciplinary Action

- Exhibit J: Plaintiff's Response Document

2. Exhibit 2: Declaration of Assistant Chief Joseph Cooke

- Exhibit A: East Spencer Email

- Exhibit B: Shuler Memo

- Exhibit C: EEOC Charge Filed by Plaintiff Against Town of East Spencer

- Exhibit D: Email from East Spencer Police Department Regarding Plaintiff's Dates of Employment and Positions Held

- Exhibit E: Plaintiff's Interview Notice

3. Exhibit 3: Declaration of Assistant Chief Frank Falzone

- Exhibit A: Captain Interview Notes

- Exhibit B: Email to Plaintiff Regarding Captain Promotional Placement

- Exhibit C: Email to Plaintiff Regarding Sergeant Promotional Placement

- Exhibit D: Video of Plaintiff's Interview

4. Exhibit 4: Declaration of Assistant Chief Robert Dyson

- Exhibit A: Sergeant Interview Notes

5. Exhibit 5: Requests for Admission ("RFA")

- RFA Exhibit 1: Plaintiff's Captain Application

- RFA Exhibit 2: Plaintiff's Sergeant Application

- RFA Exhibit 3: Plaintiff's Waiver Letter

- <u>RFA Exhibit 4</u>: Plaintiff's Response Document

The Town does not believe that an alternative exists to sealing. Unless the foregoing documents are sealed, they would be available to entities who would not otherwise be entitled to view them.

The Town has filed redacted Exhibits in support of its Motion for Summary Judgment (Doc. No. 16). Pursuant to LCvR 6.1, copies of Exhibits 1-5, with all Exhibits thereto, are being respectfully submitted to the Court for consideration as proposed sealed documents, using the CM/ECF events specifically created for sealed documents, until a ruling has been made deeming those documents sealed.

The Town has consulted with counsel for the Plaintiff regarding the filing of a Motion to Seal, and the Plaintiff's counsel has indicated that she would not oppose a motion to seal.

Respectfully submitted, this the 22nd day of December, 2022.

<u>s/ C. Grainger Pierce, Jr.</u>
C. Grainger Pierce, Jr., N.C. Bar No. 27305
VAN HOY, REUTLINGER, ADAMS & PIERCE, PLLC
737 East Boulevard
Charlotte, NC 28203
Telephone: (704) 375-6022
Facsimile: (704) 375-6024
E-mail: grainger.pierce@vraplaw.com
Attorney for Defendant